```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/2020
```

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW [YORK]

UNITED STATES OF AMERICA,
    Plaintiff,

v.

KEWANEE OIL COMPANY,
    Defendant.

1:20-mc-506

(Original Civil Action No. 72 Civil 369)

## ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

SO ORDERED.

Dated: December 7, 2020
    New York, New York

_____
ANALISA TORRES
United States District Judge